# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE CELLULAR TELEPHONE ASSIGNED<br>CALL NUMBER 978-416-3294 | )<br>)<br>)  Case No. 1:22-MJ-223-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Conspiracy to Distribute Controlled Substances |
| 21 U.S.C. 843(b) | Use of communication facility in commission of narcotics trafficking offenses |
| 21 U.S.C. 846 | Conspiracy to commit narcotics trafficking offenses |

The application is based on these facts:

☑ Continued on the attached sheet.

☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Casey T. MacDonald
*Applicant's signature*

Casey T. MacDonald, SA, DEA
*Printed name and title*

Sworn to before me and signed in my presence.  via telephone conference.

Date: Oct 28, 2022

*Judge's signature*

City and state: Concord, New Hampshire        Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*